**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Norfolk     **Division**

In re  Charles F. Gregory, Sr.
      Evelyn M. Gregory

                    **Debtor(s)**          Case No.  17-70004-SCS

                                             Chapter  7

**ORDER OF DISMISSAL**
**FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS**

      The above debtor(s) having failed to timely file required lists, schedules and statements within time periods as set forth in Local Rule 1007-1; it is, therefore

      **ORDERED**, pursuant to Local Rule 1007-1, that the above case be dismissed; and it is further

      *[If appropriate]*    **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____N/A_____ to the Clerk of Court within 14 days of the date of this order; and it is further

      **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

                                             WILLIAM C. REDDEN
                                             Clerk of Court

Date: January 25, 2017                By /s/Vickie Griffin
                                              **Deputy Clerk**

                                          NOTICE OF JUDGMENT OR ORDER
                                          ENTERED ON DOCKET:

                                          January 25, 2017

[odisflss ver. 12/09]